# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

LUIS ANTONIO RODRIGUEZ

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number: 8:04-CR-244-T-27TGW

USM Number: 41743-018

<u>Howard Anderson AFPD</u>
Defendant's Attorney

## THE DEFENDANT:

__X__ admitted guilt to violation of charge number(s) __1 through 6__ of the term of supervision.

| Violation Charge Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | New Criminal Conduct, the defendant did knowingly and willfully distribute a quantity of a mixture of substance containing a detectable amount of cocaine, a Schedule II controlled substance | November 21, 2008 |
| 2 | New criminal conduct, the defendant did knowingly and willfully distribute a quantity of a mixture of substance containing a detectable amount of cocaine, a Schedule II controlled substance | January 14, 2009 |
| 3 | New criminal conduct, the defendant did knowingly and willfully distribute a quantity of a mixture of substance containing a detectable amount of cocaine, a Schedule II controlled substance | January 16, 2009 |
| 4 | New criminal conduct, the defendant did knowingly and willfully distribute a quantity of a mixture of substance containing a detectable amount of cocaine, a Schedule II controlled substance | February 12, 2009 |
| 5 | Untruthful written monthly reports | February, 2009 |
| 6 | Frequenting a location where drugs are illegally sold, used, distributed, or administered | February 12, 2009 |

The defendant is sentenced as provided in page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Date of Imposition of Sentence: September 28, 2009

JAMES D. WHITTEMORE
UNITED STATES DISTRICT JUDGE

DATE: September 29th, 2009

DEFENDANT: LUIS ANTONIO RODRIGUEZ
CASE NUMBER: 8:04-CR-244-T-27TGW

Judgment - Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of: **EIGHTEEN (18) MONTHS.**

__X__ The Court makes the following recommendations to the Bureau of Prisons: The Court recommends the defendant be confined in Coleman, FCI.

__X__ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender to the United States Marshal for this district:

    ____ at _____ a.m.    p.m.    on _____.

    ____ as notified by the United States Marshal.

_____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ____ before 2 p.m. on _____.

    ____ as notified by the United States Marshal.

    ____ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____ at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By_____
DEPUTY UNITED STATES MARSHAL